Andrew B. Downs (SBN 111435)
Judith A. Whitehouse (SBN 198176)
BULLIVANT HOUSER BAILEY P.C.
601 California Street
Suite 1800
San Francisco, CA 94108-2823
415.352.2700
415.352.2701 (fax)
andy.downs@bullivant.com
judith.whitehouse@bullivant.com

Jason A. Walters (admitted *pro hac vice*)
Darrell C. Tucker, II (admitted *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205.521.8000
205.521.8800 (fax)
jwalters@babc.com
dtucker@babc.com

*Attorneys for Defendant*
BANKERS LIFE & CASUALTY COMPANY

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BONNIE McFARREN,** | ) |
| **Plaintiff,** | ) ) **CIVIL ACTION NO.: CV 10-04497 WHA** |
| **vs.** | ) ) **STIPULATION FOR DISMISSAL WITH** |
| **BANKERS LIFE & CASUALTY COMPANY,** | ) **PREJUDICE;** ~~**[PROPOSED]**~~ **ORDER** ) ) |
| **Defendant.** | ) ) |

    Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between plaintiff Bonnie

McFarren and defendant Bankers Life and Casualty Company, by and through their respective

---
1

1/2184363.1

counsel of record, that the Court may make and enter its Order dismissing this action in its entirety with prejudice, each party to bear its own costs and fees.

DATED June 24, 2010.                 KANTOR & KANTOR, LLP

                                     By: s/Corinne Chandler
                                         Glenn R. Kantor
                                         Corinne Chandler

                                         Counsel for Plaintiff Bonnie McFarren

DATED June 24, 2011.                 BRADLEY ARANT BOULT CUMMINGS LLP

                                     By: s/Jason Walters
                                         Jason A. Walters (admitted *pro hac vice*)
                                         Darrell C. Tucker (admitted *pro hac vice*)

                                         BULLIVANT HOUSER BAILEY PC
                                         Andrew B. Downs
                                         Judith A. Whitehouse

                                         Counsel for Defendant Bankers Life and Casualty
                                         Company

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1/2184363.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
**THE CLERK SHALL CLOSE THE FILE.**

**DATED:** June 24 _____, 2011.


_____
The Honorable William Alsup
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1/2184363.1